

1  THAO NGOC NGUYEN

2  2150 MONTEREY ROAD, # 43

3  SAN JOSE, CA 95112

4  (408) 924-0807

5  PLAINTIFF

**FILED**

2008 JAN -2  A 10: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

**ADR**

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

**C 08     00002 RMW**

**RS**

12  THAO NGOC NGUYEN,          )  Case No.
                              )
13              Plaintiff,     )  COMPLAINT
                              )
14  vs.                        )  DEMAND FOR JURY TRIAL
                              )
15  CITY OF SAN JOSE and       )
                              )
16  COUNTY OF SANTA CLARA,     )
                              )
17          Defendants.
                    _____

18

19    CAUSE OF ACTION: UNCONSTITUTIONALITY OF FEDERAL STATUTES

20  REQUEST FOR ORDERS TO STOP TRANSFERRING ME INTO MENTAL HOSPITAL,

21  FOR ORDERS TO NOT DO TRANSFERRING ME TO A HOSPITAL TO CURE OR TO

22    TREAT A PHYSICAL SICKNESS WHICH I DO NOT HAVE, FOR ORDERS TO

23  FORENSICALLY EXAMINE MY WHOLE BODY, ESPECIALLY MY BACKBONE AREA

24                 AND MY PELVIC BONE AREA

25  ① Jurisdiction: It is federal jurisdiction. The

26  cause of action is unconstitutionality of federal

27  statutes. This court has jurisdiction over this

28  complaint. I am a victim of crime. Many times

REQUEST FOR ORDERS

- 1 -

1  I have reported the crime to police officers,
2  investigators of District Attorney's Office, doctors,
3  and have asked them for help, but they
4  have transferred me into mental hospital.
5  Now I ask the court to order police officers,
6  investigators, doctors, to stop transferring me
7  into mental hospital, to not do transferring
8  me to a hospital to cure or to treat a
9  physical sickness which I do not have,
10 and I ask the court to order United
11 States Attorney's Office, Northern District
12 of California, to forensically examine my
13 whole body, especially my backbone area and
14 my pelvic bone area, to open an investigation,
15 to stop the crime, and then to restore my
16 health in the shortest time.
17 ② Venue: I, who is the plaintiff, live in City
18 of San Jose, California. The defendants
19 are City of San Jose and County of Santa
20 Clara, California.
21 ③ Intradistrict Assignment: The events
22 which give rise to this action occurred in
23 Santa Clara County.
24 ④ My name is Thao Ngoc Nguyen. I am the
25 person requesting for orders.
26    My address: 2150 Monterey Road, # 43, San Jose, CA 95112.
27    My telephone number: (408) 924-0807.
28    I am self-represented.

REQUEST FOR ORDERS

- 2 -

⑤ I want protection from being transferred into mental hospital, from being transferred to a hospital to cure or to treat a physical sickness which I do not have, by police officers, investigators, doctors. I want to have forensic examination of my whole body, especially my backbone area and my pelvic bone area, from United States Attorney's Office, Northern District of California.

⑥ Besides me, my younger brother needs protection from being transferred into mental hospital by police officers, investigators, doctors. My younger brother's name is Joseph Hai Ngoc Nguyen. My younger brother is twenty six years old and he lives with me.

⑦ The following is the reason why I am filing in this court:

I am a victim of crime which is threatening my life, I am not mental and until now, I am not physically sick. All injuries and damages in my body, especially in my (TN) backbone area and my pelvic bone area, are the result of the crime (my backbone area and my pelvic bone area have been hurted very much because of injuries and damages). I reported the crime to District Attorney's Office of Santa Clara County and told District Attorney's Office that because of the crime, my backbone area had

REQUEST FOR ORDERS

1  been hurted very much. I requested District
2  Attorney's Office to give me an appointment
3  for forensic check, examination, scan of my
4  backbone area (please read the copy (enclosed)
5  of the report which I gave to District Attorney's
6  Office on July 2nd, 2007, when I came into
7  District Attorney's Office). I saw Lt. Grant
8  Cunningham of District Attorney's Office and Lt.
9  Grant Cunningham gave me an appointment
10 for forensic check, examination, scan of my
11 backbone area but the appointment was on
12 July 4th, 2007 (a holiday). I came to District
13 Attorney's Office on another day (July 18th
14 2007) and requested District Attorney's Office
15 to give me another appointment for forensic
16 check, examination, scan of my backbone
17 area, some investigators of District Attorney's
18 Office did not give me an appointment
19 for forensic check, examination, scan of
20 my backbone area, they transferred me into
21 mental hospital (mental section of Bascom
22 hospital). One day later, mental section of
23 Bascom hospital transferred me to Fremont
24 hospital (a mental hospital). About eight
25 weeks ago, I saw Assistant District Attorney Stephen
26 Gibbons of District Attorney's Office and asked
27 him to help me to have a forensic examination
28 of my whole body, especially my backbone area,

1   but he did not help. On November 13th, 2007,
2   I came to emergency room of Santa Teresa
3   Community Hospital. I told doctor that
4   I reported the crime to District Attorney's
5   office and told doctor that because of the
6   crime, my backbone area and my pelvic
7   bone area hurted very much. After x-raying
8   my backbone area and my pelvic bone area,
9   doctor told me that my backbone area and
10   my pelvic bone area were normal and no
11   evidence of devices. After that, doctor transferred
12   me into mental section of Bascom hospital. About
13   six hours later, mental section of Bascom
14   hospital transferred me to Fremont hospital
15   (a mental hospital). There was something
16   wrong with Stat(TN) Santa Teresa Community
17   Hospital. There was something wrong in
18   Santa Teresa Community Hospital.
19     Now I am home but my backbone area
20   and my pelvic bone area are hurted very
21   much and I am being threatened that
22   it is possible that I will come into mental
23   hospital which is far from my home (more
24   farther than from my home to Fremont
25   hospital) and will stay in that mental
26   hospital for up to six months. The threat
27   makes me afraid: I, who is not mental
28   at all, who is a victim of crime, with the

REQUEST FOR ORDERS

backbone area and pelvic bone area being hurted
very much because of crime (being damaged
because of crime ) will come into a mental
hospital which is far from my home and stay
in that mental hospital for up to six
months. The throat makes my family
afraid too.

Some investigators of District Attorney's Office
were wrong when they did not give me an
appointment for forensic check, examination,
scan of my backbone area, and transferred
me into mental hospital. Assistant
District Attorney Stephen Gibbons of District
Attorney's Office was wrong when he did
not help me to have a forensic examination
of my whole body, especially my backbone
area. They were wrong because their
duty is the (TN) prevention and stoppage
of crime. They must gave me an
appointment for forensic check, examination (TN)
examination, scan of my whole body,
especially my backbone area, and must
open an investigation. That is the way
District Attorney's Office prevents and stops
crime. When they did not give me an
appointment for forensic check, examination,
scan of my whole body, especially my backbone
area, and some investigators of District Attorney's

REQUEST FOR ORDERS

Office transferred me into mental hospital, they made the crime continue. When crime is committed, crime is not stopped, crime continues, the situation will be worse, many people will suffer. My backbone area and my pelvic bone area now are being hurted more because of more damages, because the crime is continuing. I do not want police officers, investigators, Assistant District Attorney, doctors, to malpractice or to do wrong things, I want them to protect me and stop the crime.

Until now, I am not physically sick, I am a victim of crime. My backbone area and my pelvic bone area are being hurted very much because of the crime. Because police officers, investigators, doctors, have many times been wrong when they have many times transferred me into mental hospital, because Assistant District Attorney Stephen Gibbons was wrong when he did not help me to have a forensic examination of my whole body, especially my backbone area, I am afraid that police officers, investigators, doctors, will transfer me to a hospital to cure or to treat a physical sickness which I do not have. All injuries and damages in my

REQUEST FOR ORDERS

body), especially in my backbone area and my pelvic bone area, are the result of the crime. The crime is continuing now. My backbone area and my pelvic bone area now are being hurted more because of more damages, because the crime is continuing. There are other damages in my body which are the result of the crime. All injuries and damages in my body need forensic check, examination, scan from United States Attorney's Office, Northern District of California. That is the reason why I am filing in this court.

(8) The most recent dates when I was transferred into mental hospital are July 18th, 2007, and November 13th, 2007. I saw Assistant District Attorney Stephen Gibbons and asked him for help about eight weeks ago (about one week before November 13th, 2007). On July 18th, 2007, I came to District Attorney's Office and requested District Attorney's Office to give me another appointment for forensic check, examination, scan of my backbone area), some investigators of District Attorney's Office did not give me an appointment for forensic check, examination, scan of my backbone area, they transferred me into mental hospital (mental section of Bascom hospital). In District Attorney's Office, I saw

REQUEST FOR ORDERS

Investigator Moise Reyes, Investigator Denise Orocchi, two investigators (TN) other investigators, two police officers of Santa Clara County. When police officers of Santa Clara County handcuffed me, Investigator Moises Reyes was not there. When police officers of Santa Clara County handcuffed me, I was caused substantial emotional distress because the crime would continue and my body would be hurted more because of more damages which would be caused by the crime, I continued to request the investigators of District Attorney's Office to give me an appointment for forensic check, examination, scan of my backbone area. Please note that I had many times gone through this before (had many times been caused substantial emotional distress because the crime had would continue and my body had would be hurted more because of more damages which had would be caused by the crime), when I had reported the crime to San Jose police officers and San Jose police officers had handcuffed me and had transferred me into mental section of Bascom hospital (please read the copy (enclosed) of the report which I gave to District Attorney's Office on July 2nd, 2007, when I came into District Attorney's Office.

REQUEST FOR ORDERS

About eight weeks ago, I saw Assistant District Attorney Stephen Gibbons of District Attorney's Office and asked him to help me to have a forensic examination of my whole body, especially my backbone area, but he did not help.

On November 13th, 2007, doctor in emergency room of Santa Teresa Community Hospital transferred me into mental section of Bascom hospital. About six hours later, mental section of Bascom hospital transferred me to Fremont hospital (a mental hospital).

9 The following are orders I want : Because the crime is continuing, because my backbone area and my pelvic bone area are being hurted very much, I ask the court for temporary orders, and ask the court for a hearing date for orders which are the same as temporary orders and last longer than temporary orders.

I. I ask the court to temporarily order police officers, investigators, doctors, to NOT do the following things to me, when I come to police officers, investigators, doctors, to report the crime, to tell them that my body is being hurted because of injuries and damages which are caused by the crime, to report, to ask them for help (right now, what I

REQUEST FOR ORDERS

need most is a forensic examination of my whole body, especially my backbone area and my pelvic bone area (from United States Attorney's Office, Northern District of ~~California~~ (TN) California):

a. Transfer or try to transfer me into mental hospital.

b. Tell or try to tell me or anyone else, especially my family, that I am mental or something similar to that.

c. Make or try to make me or anyone else, especially my family, think or feel that I am mental or something similar to that.

d. Threaten or try to threaten to do more wrong things to me or anyone else, especially my family.

II. I ask the court to temporarily order police officers, investigators, doctors, to NOT do the following things to me, when I come to police officers, investigators, doctors, to report the crime, to tell them that my body is being hurted because of injuries and damages which are caused by the crime, to request, to ask them for help (right now, what I need most is a forensic examination of my whole body, especially my backbone area and my pelvic bone area,

REQUEST FOR ORDERS

~~one~~ ~~stop~~ (TN) (TN) from United States Attorney's Office, Northern District of California ):

    a. Transfer or try to transfer me to a hospital to cure or to treat a physical sickness which I do not have (in case of emergency or in case I must come to doctors myself, doctors may help me with injuries and damages in my body but they must request United States Attorney's Office, Northern District of California, to forensically examine injuries and damages in my body, to forensically examine my whole body, to open an investigation, to stop the crime, and then to restore my health in the shortest time, doctors may not do anything which makes United States Attorney's Office, Northern District of California, not to forensically examine injuries and damages in my body, not to forensically examine my whole body, not to open an investigation, not to stop the crime, not to restore my health in the shortest time. Please note that the best and right way is that United States Attorney's Office, Northern District of California, forensically examines my whole body, especially my backbone area and my pelvic bone area, opens an investigation,

REQUEST FOR ORDERS

1  stops the crime, and then restores my health
2  in the shortest time. I do not have come
3  to doctors and then doctors request United
4  States Attorney's Office, Northern District
5  of California, (to forensically examine my
6  whole body, especially my backbone area
7  and my pelvic bone area) to open an
8  investigation, to stop the crime, and then to
9  restore my health in the shortest time).

10  b. Tell or try to tell me or anyone
11  else, especially my family), that I am
12  physically sick or something similar to that.
13  c. Make or try to make me or
14  anyone else, especially my family), think
15  or feel that I am physically sick or
16  something similar to that.
17  d. Threaten or try to threaten to do
18  more wrong things to me or anyone else,
19  especially my family.
20  III. I ask the court to temporarily
21  order United States Attorney's Office,
22  Northern District of California, to
23  forensically examine my whole body,
24  especially my backbone area and my pelvic
25  bone area, to open an investigation to stop
26  the crime, and then to restore my health
27  in the shortest time.
28  Please note that I want to have an

REQUEST FOR ORDERS

expert witness and a lawyer (I am looking
for a lawyer) when United States Attorney's
Office, Northern District of California,
forensically examines my whole body,
especially my backbone area and my pelvic
bone area.

II. I ask the court for a hearing date
for orders which are the same as temporary
orders and last longer than temporary orders.
Please note that I need a lawyer to
help me before court (I am looking for
a lawyer).

⑩ 4. I am asking for my younger brother
to be protected and to also be covered
by the orders described in ⑨ I.: My younger
brother needs protection from being
transferred into mental hospital by
police officers, investigators, doctors. The
following is the reason why my younger
brother must be protected and must also
be covered by the orders described in ⑨ I.:
My younger brother is a victim of the
same crime and he is suffering. He is not
mental and is not physically sick. Like me
before, police officers (police officers of Santa
Clara County) handcuffed him and ~~transferred~~ (TN)
transferred him into mental section of Bascom
hospital.

I reported to District Attorney's Office of Santa Clara County that my younger brother was being a victim of the same crime and he was suffering ) and requested District Attorney's Office to protect him, to examine his whole body, to open an investigation, to stop the crime, and then to restore his health in the shortest time.

I also reported to District Attorney's office that he is not mental and is not physically sick, and police officers (police officers of Santa Clara County ) handcuffed him and transferred him into mental section of Bascom hospital (please read the copy (enclosed) of the report which I gave to District Attorney's Office on July 2nd, 2007, when I came into District Attorney's Office ). District Attorney's Office has not protected him and has not stopped the crime.

The crime is continuing now. My younger brother is suffering now because the crime is continuing. He needs protection and the crime must be stopped. His whole body needs forensic examination.

b. Because my younger brother wants me to have forensic examination of my whole body, especially my backbone area, and wants me to have forensic examination

first, I ask the court to make orders
so that I have forensic examination
of my whole body, especially my backbone
area and my pelvic bone area, and I ask
the court for one thing which is that
when my younger brother asks the court
to make orders so that he has forensic
examination of his whole body, the court
makes orders so that he has forensic
examination of his whole body.

(11) I want the court to make orders now
on the matters listed in (9), through (10),
that will last until the hearing. The
crime being continuing, my backbone
area and my pelvic bone area being
hurted very much because of the crime,
are the reasons why I need these orders
right now.

(12) Delivery of orders to law enforcement:
I ask the court to give copies of the
orders to law enforcement agencies.

(13) Other court cases: I have not asked
any court for other orders against police
officers, investigators, doctors.

(14) No fee for filing: I ask the court
to waive the filing fee. The reason why
I ask the court to waive the filing fee
is that I am a victim of crime.

REQUEST FOR ORDERS

(15) Jury demand: I demand jury hearing.

(16) I am a victim of crime. I reported the crime to police officers, investigators of District Attorney's Office, doctors, and I asked them for help, but they transferred me into mental hospital. Now I bring my case to court. I am a victim of crime, I am a person who is experimented, my body is experimented. My backbone area and my pelvic bone area. My being hurted very much now because they are being experimented (my backbone area and my pelvic bone area are being in great danger now). All I need now, are protective orders to protect me (and of course, to protect my younger brother too) from crime, to protect me from being experiment (TN) (and of course, to protect my younger brother too) from being experimented, to protect my whole body, especially my backbone area and my pelvic bone area, from being experimented. All I need now, are a forensic examination of my whole body, especially my backbone area and my pelvic bone area, and (TN) an investigation from United States Attorney's Office, Northern District of California. I ask the court to not order to transfer me to mental hospital, to not order me to submit to a mental or physical examination by examiners.

REQUEST FOR ORDERS

- 17 -

1  I ask the court to order United States Attorney's
2  Office, Northern District of California, to
3  forensically examine my whole body, especially
4  my backbone area and my pelvic bone area, and
5  to open an investigation. I am a victim of
6  crime. My whole body, especially my backbone
7  area and my pelvic bone area, needs forensic
8  examination from United States Attorney's
9  Office, Northern District of California. My case
10 needs investigation from United States Attorney's
11 Office, Northern District of California.
12     I am a victim of crime. I am in great
13 danger now. My backbone area and my pelvic
14 bone area are being hurted very much now
15 (are being in great danger now) because of
16 crime (because of being experimented). I
17 need protective orders now to protect me from
18 crime), from being experimented (my whole
19 body), especially my backbone area and my pelvic
20 bone area, needs protection from being
21 experimented, now). Court must help me and
22 must help me now. Court must make orders
23 now on the matters listed in (9), through (10). That
24 is the right way, right thing), in my case
25 (I am a victim of crime and I reported
26 the crime to District Attorney's Office, County
27 of Santa Clara).
28 (17) Number of pages: This request has nineteen

1  of pages.

2  (18) (TN) is my abbreviated signature. There are

3  thirteen of (TN)s in all in this request: One

4  (TN) on Page 3, one (TN) on Page 5, two (TN)s

5  on Page 6, one (TN) on Page 9, one (TN) on Page

6  11, two (TN)s on Page 12, one (TN) on Page 14,

7  four (TN)s on Page 17.

8      I declare under penalty of perjury under

9  the laws of the United States of America that

10 the information above is true and correct.

11      01/02/2008

12      Thao

13      Thao Ngoc Nguyen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THAO NGOC NGUYEN

2150 MONTEREY ROAD, # 43

SAN JOSE, CA 95112

(408) 924-0807

PLAINTIFF


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


THAO NGOC NGUYEN,                    ) Case No.:
                                     )
                    Plaintiff,       ) COMPLAINT
                                     )
vs.                                  ) DEMAND FOR JURY TRIAL
                                     )
CITY OF SAN JOSE and                 )
                                     )
COUNTY OF SANTA CLARA,               )
                                     )
                    Defendants.      )

---

THE COPY OF THE REQUEST FOR REPORTING THE CRIME TO DISTRICT

ATTORNEY'S OFFICE, THE REQUEST WHICH I GAVE TO DISTRICT

ATTORNEY'S OFFICE ON JULY SECOND, 2007

I enclose one copy of the request for reporting the crime to District Attorney's Office, the request which I gave to Lt. Grant Cunningham of District Attorney's Office on July 2nd, 2007, when I came into District Attorney's Office. The copy of the

THE COPY OF THE REQUEST FOR REPORTING THE CRIME TO DISTRICT

ATTORNEY'S OFFICE

- 1 -

request has one of paper.
01/02/2008
Than
Thao Nga Nguyen

THE COPY OF THE REQUEST FOR REPORTING THE CRIME TO DISTRICT

ATTORNEY'S OFFICE

To: Santa Clara County District Attorney's Office

Dear Sirs/Madams

One officer of District Attorney's Office told me to come to San Jose Police Department to report the crime. I came to San Jose Police Department on June 29, 2007 to report the crime. I came to San Jose Police Department two times to report the crime. The first time, one police officer of San Jose Police Department did not let me report the crime. The second time, one police officer of San Jose Police Department did not let me report the crime. Because I came to San Jose Police Department two times to report the crime but they did not let me to report the crime. I request that District Attorney's Office lets me report the crime to District Attorney's Office. First of all, I request that District Attorney's Office lets an attorney of District Attorney's Office see me to read the report which I gave to police officers of San Jose Police Department, but they did not take it when I came to San Jose Police Department two times on June 29, 2007, and to help me to report the crime to District Attorney's Office.

07/02/2007

Thao

Thao Ngoc Nguyen

1  THAO NGOC NGUYEN

2  2150 MONTEREY ROAD, # 43

3  SAN JOSE, CA 95112

4  (408) 924-0807

5  PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12  THAO NGOC NGUYEN,          ) Case No.:
                               )
13              Plaintiff,     ) COMPLAINT
                               )
14  vs.                        ) DEMAND FOR JURY TRIAL
                               )
15  CITY OF SAN JOSE and       )
                               )
16  COUNTY OF SANTA CLARA,     )
                               )
17              Defendants.    )
_____

18

19    THE COPY OF THE REPORT WHICH I GAVE TO DISTRICT ATTORNEY'S

20            OFFICE ON JULY SECOND, 2007

21    I enclose one copy of the report which I

22  gave to Lt. Grant Cunningham of District

23  Attorney's Office on July 2nd, 2007, when I

24  came into District Attorney's Office. The copy

25  of the report has nine of papers.

26      01/02/2008

27      Thao

28      Thao Ngoc Nguyen

    THE COPY OF THE REPORT WHICH I GAVE TO DISTRICT ATTORNEY'S

            OFFICE ON JULY SECOND, 2007

                    - 1 -

From: Thao Ngoc Nguyen

To: Santa Clara County District Attorney's Office

Dear Sirs / Madams

What I am reporting to District Attorney's Office is a crime.

Please read the three reports which I give to District Attorney's Office, so that you can fully understand my younger brother's case and my case.

The three reports, which I give to District Attorney's Office, are:

Report 1: This is a crime which I reported to District Attorney's Office on June 22, 2007. This is a crime which is threatening my life.

Report 2: My backbone area has been hurted very much by causing damages to my backbone area.

Report 3: The report which I gave to Investigator McCourtie of District Attorney's Office on June 22, 2007 when I came into District Attorney's Office. The report consists of four parts (one of four parts, I wrote in Vietnamese).

07/01/2007

Thao

Thao Ngoc Nguyen

Report :

This is a crime which I reported to District Attorney's Office on June 22, 2007. This is a crime which is threatening my life.

I request that District Attorney's Office must take appropriate measures to protect my younger brother and me immediately and must investigate our case immediately.

07/01/2007

Thao

Thao Ngoc Nguyen

Report 2 :

My backbone area has been hurted very much:

- Waves have been radiated in my backbone area from the small electronic devices which have been put in my backbone area. This has caused damages to my backbone area. My backbone area have been hurted very much.

- The small electronic devices which have been put in my backbone area, have to be exploded and the air or something like force from there small electronic devices, has struck my backbone area. This has caused damages to my backbone area. My backbone area have been hurted very much.

06/27/2007

Thao

Thao Ngoc Nguyen

Report 3:

This is the report which I gave to Investigator McConstie of District Attorney's Office on June 22, 2007 when I came into District Attorney's Office. The report consists of four parts (one of four parts, I wrote in Vietnamese)

06/27/2007

Thao

Thao Ngo Nguyen

1. My backbone area is being hurted ~~very~~ very much now.

2. I want you to read these reports now.

3. I want you to take appropriate measures to protect me now. First of all, you must take these measures:

- Detecting the waves, which are being radiated in my backbone area from the small electronic devices which have been put in my backbone area, thoroughly.

- Checking, scanning my backbone area thoroughly to find the small electronic devices which have been put in my backbone area.

- Protecting my backbone area by doing everything to take all the small electronic devices which have been put in my backbone area, out of my backbone area.

- Doing everything to restore my health in the shortest time.

From: Thao Ngoc Nguyen
To: District Attorney's Office

Dear Sirs/Madams,

This is the report on our matter of having been experimented (my younger brother and I have been experimented).

I am Thao Ngoc Nguyen. My younger brother is Joseph Hai Ngoc Nguyen. I sketchily report our case as follows:

My younger brother and I have been experimented.

Some persons have many times come into our home, when everybody in our home has been sleeping, and have many times put small electronic devices in my younger brother's body and in my body. With these small electronic devices, the experimenters have experimented on my younger brother and on me. They have made these small electronic devices radiate waves (definition of wave: a disturbance somewhat similar to a wave in water that transfers energy progressively from point to point, for example: a light wave, a sound wave) in my younger brother's body and in my body: Waves have been radiated in our heads, in our necks, in our trunks, in our limbs. Radiating waves in our bodies from these small electronic devices has caused damages to our bodies, has affected our health very much, and has made us suffer very much. We have been tired and have felt unbearable uncomfortable (I have often seen my younger brother tired and listless). Furthermore, in my case, my flesh has been harmed because waves, which have been radiated from the small electronic devices which have been put in my body, have gone through my flesh. Many places in my body have been hurted, everytime, in these places in my body, waves have been radiated strongly from the small electronic devices which have been put in my body.

I also want to report, so that you can fully understand our case, that some persons have also many times come into our home and have also many times put electronic devices in our home to make experiments. With these electronic devices, the experimenters have heard, have seen everybody in our home, have made waves emit in our home, and have done many things else in our home.

My younger brother has been experimented on for about three months. I have been experimented on for at least more than five years. Up to now,

   1. There has been no investigating our case at all.

   2.a. There has been no detecting the waves, which have been radiated in our bodies from the small electronic devices which have been put in our bodies, at all.

   b. My younger brother's body was checked one time, when my younger brother was in the mental section of Bascom hospital which is on Bascom Avenue, San Jose, (when small electronic devices were in my younger brother's body, when my younger brother was experimented on with these small electronic devices, when waves were radiated in my younger brother's body from these small electronic devices, police officers came into our home. Police officers came into our home but they did not investigate my younger brother's case at all. They handcuffed my younger brother and transfered my younger brother into the mental section of Bascom hospital), and nothing was found. This was just a malpractice with the purpose of making everybody have been wrong in my younger brother's case, with the purpose of making everybody have been wrong in thinking that my younger brother has been mental and there has been no putting small electronic devices in my younger brother's body (I know that this was just a malpractice, because I have been malpracticed many times with the purpose of making everybody have been wrong in my case, with the purpose of making everybody have been wrong in thinking that I have been mental and there has been no putting small electronic devices in my body) (please read the report on our matter of having been malpracticed (my younger brother and I have been malpracticed), so that

you can fully understand our case. I enclose the report on our matter of having been malpracticed, with this report). My younger brother's body needs being checked thoroughly, being scanned thoroughly to find the small electronic devices which have been put in my younger brother's body. As for my own case, there has been no checking, no scanning my body to find the small electronic devices which have been put in my body, at all.

I request that District Attorney's Office must take appropriate measures to protect my younger brother and me immediately when District Attorney's Office receives this report. First of all, District Attorney's Office must take the following measures:

1. Investigating our case thoroughly.

2.a. Detecting the waves, which have been radiated in our bodies from the small electronic devices which have been put in our bodies, thoroughly, checking, scanning our bodies thoroughly to find the small electronic devices which have been put in our bodies.

b. Checking, scanning our clothes thoroughly to find the small electronic devices which have been put in our clothes.

c. Checking, scanning our home and everything in our home thoroughly to find the electronic devices which have been put in our home.

3.a. Protecting us by doing everything to take all the small electronic devices which have been put in our bodies, out of our bodies.

b. Protecting everybody in our home by doing everything to take all the electronic devices which have been put in our home, out of our home.

4.a. Protecting everybody in our home so that nobody come into our home, when everybody in our home is sleeping, and put small electronic devices in the body of anybody in our home.

b. Protecting everybody in our home so that nobody come into our home and put electronic devices in our home to make experiments.

5. Doing everything to restore our health in the shortest time.

Our address and phone number:
Thao Ngoc Nguyen
Joseph Hai Ngoc Nguyen
2150 Monterey Road, # 43
San Jose, CA 95112
(408) 924-0807

06/22/2007

Thao

Thao Ngoc Nguyen

Tôi, tên là Thảo Nguyễn, bị:

- sóng phát ở sống lưng, ở vùng dưới sống lưng: kéo dài

- hơi (giống như nổ) đập vào lưng, đập vào sống lưng, đập vào vùng dưới sống lưng: nhiều lần, hurt

- sóng phát ở đỉnh đầu, ở trán: kéo dài
- hơi (giống như nổ) phát ở đầu, làm đầu giật nảy
- hơi (giống như nổ) đập vào đầu, đập vào đỉnh đầu: nhiều lần

- sóng phát ở cổ?
- hơi (giống như nổ) phát ở cổ?, làm cổ giật nảy

- hơi (giống như nổ) đập vào ngực, đập vào bụng: nhiều lần

- sóng phát ở mông đít: đau
- hơi (giống như nổ) đập vào mông đít: nhiều lần, hurt

- sóng phát ở chỗ ruột già: đau

- sóng phát ở thái dương: đau
- hơi (giống như nổ) đập vào cánh tay

- sóng phát ở chân : đau
- sóng phát ở đầu gối : đau


- phát ảnh sáng vào mắt
- phát sóng vào mắt


- phát sóng vào mắt


- phát sóng ở trong người

From: Thao Ngoc Nguyen
To: District Attorney's Office

Dear Sirs/Madams,

This is the report on our matter of having been malpracticed (my younger brother and I have been malpracticed), with which I supplement the report on our matter of having been experimented (my younger brother and I have been experimented).

I am Thao Ngoc Nguyen. My younger brother is Joseph Hai Ngoc Nguyen. I sketchily report our case as follows:

My younger brother and I have been malpracticed (police malpractice and medical malpractice). My younger brother and I have been malpracticed with the purpose of making everybody have been wrong in our case, with the purpose of making everybody have been wrong in thinking that we have been mental and there has been no putting small electronic devices in our bodies.

First of all, I want to report my case (then I will report my younger brother's case):

At least more than five years ago, when small electronic devices were in my body, when I was experimented on with these small electronic devices, when waves were radiated in my body from these small electronic devices, I called police. Police officer came but he did not investigate my case at all, he handcuffed me and transfered me into the mental section of Bascom hospital which is on Bascom Avenue, San Jose.

After that, because the small electronic devices were still in my body, because I was still experimented on with these small electronic devices, because the waves were still radiated in my body from these small electronic devices, because I was tired and felt unbearable uncomfortable, I many times called police again. Police officers came but they did not investigate my case at all, and one or two times, they handcuffed me and transfered me into the mental section of Bascom hospital.

After that, because I had many times called police, police officers had come but they had not investigated my case at all, and one or two times, they had handcuffed me and had transfered me into the mental section of Bascom hospital, I many times walked-in into the emergency room of Bascom hospital, talked to doctor about my case and asked doctor to check, to examine my body. Doctor did not check, did not examine my body at all, and at least one time, doctor transfered me into the mental section which is in Bascom hospital too.

After that, because I had many times walked-in into the emergency room of Bascom hospital, had talked to doctor about my case and had asked doctor to check, to examine my body, doctor had not checked, had not examined my body at all, and at least one time, doctor had transfered me into the mental section which is in Bascom hospital too, I walked-in into the emergency room of the hospital which is on Jackson Avenue, near McKee Road, San Jose, with my father. I reported my case to doctor on paper, and also on paper, I asked doctor to check, to examine my body. Doctor did not check, did not examine my body at all. Doctor did not talk to me at all. Doctor only told me that I was mental and doctor transfered me to the mental section of Bascom hospital. I steadfastly refuse to come to the mental section of Bascom hospital. The staff of the emergency room called an ambulance of Bascom hospital to come to the hospital on Jackson Avenue to transfer me to the mental section of Bascom hospital. I steadfastly refuse to come to the mental section of Bascom hospital. The staff of the emergency room called police. I steadfastly refuse to come to the mental section of Bascom hospital. After that, police officers handcuffed me and transfered me into the mental section of Bascom hospital.

After coming home from the mental section of Bascom hospital, I "was advised" to make an appointment to come to Josefa Chaboya de Narvaez Mental Health Center, 614 Tully Road, San Jose, CA 95111, to open a case to see a mental doctor and to take mental medicine. I made an appointment to come to Josefa Chaboya de Narvaez Mental Health Center to open a case to see a mental doctor and to take mental medicine. I also want to

report, so that you can fully understand my case, that I have always told the mental doctor of Josefa Chaboya de Narvaez Mental Health Center that I have been not mental.

From that time to the present, it has been already at least more than five years, small electronic devices have been in my body, I have been experimented on with these small electronic devices, waves have been radiated in my body from these small electronic devices. Radiating waves in my body from these small electronic devices has caused damages to my body, has affected my health very much, and has made me suffer very much. I have been tired and have felt unbearable uncomfortable. Furthermore, my flesh has been harmed because waves, from these small electronic devices, have gone through my flesh. Many places in my body have been hurted, everytime, in these places in my body, waves have been radiated strongly from these small electronic devices. However, if I have called police, I have been afraid of being malpracticed: Police officers have come but they have not investigated my case at all, they have handcuffed me and have transfered me into the mental section of Bascom hospital. If I have walked-in into the emergency room of a hospital, have talked to doctor about my case and have asked doctor to check, to examine my body, I have also been afraid of being malpracticed: Doctor has not checked, has not examined my body at all, doctor has transfered me into the mental section of Bascom hospital. Up to now, (1) there has been no investigating my case at all, (2a) there has been no detecting the waves, which have been radiated in my body from the small electronic devices which have been put in my body, at all, (2b) there has been no checking, no scanning my body to find the small electronic devices which have been put in my body, at all. Furthermore, each month, I have had to come to Josefa Chaboya de Narvaez Mental Health Center to see the mental doctor and to take mental medicine. I also want to report, so that you can fully understand my case, that I ended coming to Josefa Chaboya de Narvaez Mental Health Center to see the mental doctor and to take mental medicine, about one month ago.

That is my case. The following is my younger brother's case:

Knowing that there was not yet anybody to help me to oppose the putting of small electronic devices in my body, to oppose the experimenting of me with these small electronic devices, to oppose the making of these small electronic devices to radiate waves in my body, and knowing that there was not yet anybody to help me to oppose the malpracticing of me, the experimenters began to calculate on my younger brother, and about three months ago, small electronic devices were in my younger brother's body, my younger brother was experimented on with these small electronic devices, waves were radiated in my younger brother's body from these small electronic devices. When small electronic devices were in my younger brother's body, when my younger brother was experimented on with these small electronic devices, when waves were radiated in my younger brother's body from these small electronic devices, police officers came into our home. Police officers came into our home but they did not investigate my younger brother's case at all. They handcuffed my younger brother and transfered my younger brother into the mental section of Bascom hospital. The things which my younger brother went through are exactly the same as the things which I went through before.

After coming home from the mental section of Bascom hospital, my younger brother "was advised" to do the thing which is exactly the same as the thing which I "was advised" to do before. My younger brother "was advised" to make an appointment to come to Josefa Chaboya de Narvaez Mental Health Center to open a case to see a mental doctor and to take mental medicine. I drastically dissuaded my younger brother from making an appointment to come to Josefa Chaboya de Narvaez Mental Health Center to open a case to see a mental doctor and to take mental medicine because I knew that my younger brother was being malpracticed. My younger brother decided not to make an appointment to come to Josefa Chaboya de Narvaez Mental Health Center to open a case to see a mental doctor and to take mental medicine.

My younger brother's situation now is the same as my situation now: small electronic devices have been in his body, he has been experimented on with these small electronic devices, waves have been radiated in his body from these small electronic devices. Radiating waves in his body from these small electronic devices has affected his health very much, and has made him suffer very much. He has been tired and has felt unbearable uncomfortable. I have often seen him tired and listless. However, if I have called police, I have been afraid of the malpracticing of him: Police officers have come but they have not investigated his case at all, they have

handcuffed him and have transferred him into the mental section of Bascom hospital. Up to now,

1. There has been no investigating his case at all.

2a. There has been no detecting the waves, which have been radiated in his body from the small electronic devices which have been put in his body, at all.

b. His body was checked one time, when he was in the mental section of Bascom hospital, and nothing was found. This was just a malpractice with the purpose of making everybody have been wrong in his case, with the purpose of making everybody have been wrong in thinking that he has been mental and there has been no putting small electronic devices in his body (I know that this was just a malpractice, because I have been malpracticed many times with the purpose of making everybody have been wrong in my case, with the purpose of making everybody have been wrong in thinking that I have been mental and there has been no putting small electronic devices in my body). His body needs being checked thoroughly, being scanned thoroughly to find the small electronic devices which have been put in his body.

Now I want you to help us to solve our matter of having been malpracticed (my younger brother and I have been malpracticed): bring this malpractice (in the past and in the present) to light, and prevent malpractice from happening to us in the future, because, first of all, right now, I do not want that my younger brother and I are malpracticed:

1. There is no investigating our case at all.

2.a. There is no detecting the waves, which have been radiated in our bodies from the small electronic devices which have been put in our bodies, at all.

b. There is no checking, no scanning our bodies to find the small electronic devices which have been put in our body, at all.

3. Police officers handcuff my younger brother and me. Police officers or doctors transfer my younger brother and me into the mental section of Bascom hospital.

Our address and phone number:
Thao Ngoc Nguyen
Joseph Hai Ngoc Nguyen
2150 Monterey Road, # 43
San Jose, CA 95112
(408) 924-0807

06/22/2007

Thao

Thao Ngoc Nguyen