```
1   THAO NGOC NGUYEN
2   2150 MONTEREY ROAD, # 43
3   SAN JOSE, CA 95112
4   (408) 924-0807
5   PLAINTIFF
```

FILED

2008 JAN -9  A 9:57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THAO NGOC NGUYEN, | ) Case No.: C08-00002 RMW(RS) |
| Plaintiff, | ) REQUEST FOR CONSIDERING MY CASE |
| vs. | ) IMMEDIATELY AND MAKING |
| CITY OF SAN JOSE and | ) TEMPORARY PROTECTIVE ORDERS |
| COUNTY OF SANTA CLARA, | ) IMMEDIATELY |
| Defendants. | ) |

REQUEST FOR CONSIDERING MY CASE IMMEDIATELY AND MAKING TEMPORARY PROTECTIVE ORDERS IMMEDIATELY

(1) My name is Thao Ngoc Nguyen.
My address: 2150 Monterey Road, #43, San Jose, CA 95112.
My telephone number: (408) 924-0807.

(2) I initially filed my case in United States District Court Clerk's office at San Jose division, on January 2nd, 2008, at 10:34 AM. My case number is C08-00002 RMW(RS). The cause of action is unconstitutionality of federal statutes. I request for temporary protective orders and a hearing

REQUEST FOR CONSIDERING MY CASE IMMEDIATELY AND

MAKING TEMPORARY PROTECTIVE ORDERS IMMEDIATELY

- 1 -

date for orders which are the same as temporary protective orders and last longer than temporary protective orders. I filed the document ASKING THE COURT TO PAY ATTENTION in United States District Court Clerk's office at San Jose division, on January 7th, 2008, at 09:35 AM. Please note that I am a victim of crime and my life is threatened because of crime.

③ I filed DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, this request, and a document which I file to correct "asking the court to pay attention" (in the document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION, at the same time in United States District Court Clerk's office at San Jose division.

I file this request to ~~request~~ (TN) ask the court to consider my case immediately and to make temporary protective orders immediately.

④ I ask Magistrate Judge to consider DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE immediately and to reassign my case to District Judge immediately. I ask Magistrate Judge to tell District Judge to consider my ~~case~~ (TN) case immediately.

⑤ I ask ~~District~~ Judge to consider my case immediately. From January 2nd, 2008 (the day I initially filed my case) to January 9th, 2008 (the day

REQUEST FOR CONSIDERING MY CASE IMMEDIATELY AND
MAKING TEMPORARY PROTECTIVE ORDERS IMMEDIATELY

- 2 -

I filed DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, this request, and a document which I file to correct "asking the court to pay attention" (in the document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION) there are five documents which I filed in United States District Court Clerk's office at San Jose division:

   1. One document which I filed (I initially filed my case) on January 2nd, 2008.
   2. One document (ASKING THE COURT TO PAY ATTENTION) which I filed on January 7th, 2008.
   3. Three documents (DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, this request, and a document which I file to correct "asking the court to pay attention" (in the document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION) which I filed on January 9th, 2008, at the same time.

   I am a victim of crime and my life is threatened because of crime. I ask District Judge to make temporary protective orders immediately.
   ⑥ This request has four of pages.
   ⑦ (TN) is my abbreviated signature. There are two of (TN)s in all in this request: Two (TN)s on Page 2.
   I declare under penalty of perjury under the laws of the United States of America that

REQUEST FOR CONSIDERING MY CASE IMMEDIATELY AND

MAKING TEMPORARY PROTECTIVE ORDERS IMMEDIATELY

- 3 -

1  the information above is true and correct.
2  01/09/2008
3  Thao
4  Thao Ngoc Nguyen

REQUEST FOR CONSIDERING MY CASE IMMEDIATELY AND

MAKING TEMPORARY PROTECTIVE ORDERS IMMEDIATELY

- 4 -