1  THAO NGOC NGUYEN
2  2150 MONTEREY ROAD, # 43
3  SAN JOSE, CA 95112
4  (408) 924-0807
5  PLAINTIFF

FILED

2008 JAN -7 A 9: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

*clown*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THAO NGOC NGUYEN, | Case No.: C08-00002 RMW(RS) |
| Plaintiff, | ASKING THE COURT TO PAY ATTENTION |
| vs. | |
| CITY OF SAN JOSE and COUNTY OF SANTA CLARA, | |
| Defendants. | |

ASKING THE COURT TO PAY ATTENTION TO MY CASE: I REQUEST FOR TEMPORARY PROTECTIVE ORDERS AND A HEARING DATE FOR ORDERS WHICH ARE THE SAME AS TEMPORARY PROTECTIVE ORDERS AND LAST LONGER THAN TEMPORARY PROTECTIVE ORDERS; MY CASE NEEDS THE COURT TO CONSIDER IMMEDIATELY AND TO MAKE TEMPORARY PROTECTIVE ORDERS IMMEDIATELY

① My name is Thao Ngoc Nguyen. My address: 2150 Monterey Road, #43, San Jose, CA 95112. My telephone number: (408) 924-0807

② I initially filed my case in United States District Court Clerk's office at San Jose division,

ASKING THE COURT TO PAY ATTENTION

- 1 -

1  on January 2nd, 2008, at 10:34 AM. My case
2  number is C08-00002 RMW(RS). The cause of
3  action is unconstitutionality of federal statutes.
4  I request for temporary protective orders and
5  a hearing date for orders which are the same as
6  temporary protective orders and last longer than
7  temporary protective orders. Please note that I
8  am a victim of crime and my life is threatened
9  because of crime.
10 ③ I file this "asking the court to pay attention"
11 to ask the court to pay attention to my case. I
12 request for temporary protective orders and a hearing
13 date for orders which are the same as temporary
14 protective orders and last longer than temporary
15 protective orders. My case needs the court to
16 consider immediately and to make temporary
17 protective orders immediately.
18 ④A. Although, on January 2nd, 2008 (the day
19 I initially filed my case in the Clerk's office
20 at San Jose division), a clerk in the Clerk's office
21 at San Jose division told me that the court
22 would consider my case and could contact me
23 on Monday (January 7th, 2008), but because ADR
24 (Alternative Dispute Resolution) was stamped on
25 my documents which I filed (I initially filed
26 my case) in the Clerk's office at San Jose division,
27 on January 2nd, 2008, and I was gave order
28 setting initial case management conference

ASKING THE COURT TO PAY ATTENTION

- 2 -

1  and ADR deadlines (I enclose one copy of the
2  order setting initial case management conference
3  and ADR deadlines with this "asking the court to
4  pay attention), I afraid that:
5      a. ADR (Alternative Dispute Resolution)
6  which was stamped on my documents can make
7  the court not to pay attention to my case
8  which needs the court to consider immediately
9  and to make temporary protective orders
10 immediately (I request for temporary protective
11 orders and a hearing date for orders which are
12 the same as temporary protective orders and last
13 longer than temporary protective orders).
14     b. Order setting initial case management
15 conference and ADR deadlines can make the
16 court not to pay attention to my case which
17 needs the court to consider immediately
18 and to make temporary protective orders
19 immediately (I request for temporary
20 protective orders and a hearing date for orders
21 which are the same as temporary protective
22 orders and last longer than temporary protective
23 orders). Because I request for temporary
24 temporary protective orders and a hearing
25 date for orders which are the same as
26 temporary protective orders and last longer
27 than temporary protective orders, I do not
28 have to serve the other parties the complaint

ASKING THE COURT TO PAY ATTENTION

- 3 -

1  and a copy of the order setting initial case
2  management conference and ADR deadlines. When
3  the court makes temporary protective orders and
4  gives me a hearing date for orders which are the
5  same as temporary protective orders and last longer
6  than temporary protective orders, I will serve
7  the other parties necessary papers.
8      I ask the court to pay attention to my
9  case. I want the court to consider my case
10 immediately and I want the court to make
11 temporary protective orders on Monday, January 7th, 2008.
12 I want to have temporary protective orders
13 on Monday, January 7th, 2008 because I am
14 a victim of crime and my life is threatened
15 because of crime, I need temporary protective
16 orders immediately.
17     B. My case needs the court to consider immediately
18 and to make temporary protective orders immediately
19 Because I initially filed my case in Clerk's office
20 at San Jose division on January 2nd, 2008 and I
21 did not hear from the court on January 3th,
22 2008 and January 4th, 2008, I ask the court
23 to pay attention to my case. I want the
24 court to consider my case immediately and
25 I want the court to make temporary and
26 protective orders on Monday, January 7th, 2008.
27     C. I want my case to be considered by district judge.
28     D. I ask the court to pay attention to the protecting

ASKING THE COURT TO PAY ATTENTION

- 4 -

me until the court makes temporary protective orders, because from now to the time when the court makes temporary protective orders, my situation can be worse because of crime (because of being experimented). It is better that the court tells United States Attorney's Office, Northern District of California, to come to my home to protect me until the court makes temporary protective orders. I can call United States Attorney's Office, Northern District of California, and tell United States Attorney's Office, Northern District of California, to come to my home to protect me too. In case my situation is worse, I can ask United States Attorney's Office, Northern District of California, to forensically examine my whole body, especially my backbone area and my pelvic bone area, right away.

Please pay attention to the protecting my younger brother and everybody in my home.

I am a victim of crime and my life is threatened because of crime. I ask the court to make temporary protective orders on Monday, January 7th, 2008.

⑤ This "asking the court to pay attention" has five pages.

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct.

01/07/2008
Thao
Thao Ngoc Nguyen

ASKING THE COURT TO PAY ATTENTION

- 5 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

THAO NGOC NGUYEN **ADR**

Plaintiff(s),

v.

CITY OF SAN JOSE, ET AL.,
Defendant(s).

08 JAN -2 AM 10: 38

No. C 08-00002 RMW

ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE
AND ADR DEADLINES

IT IS HEREBY ORDERED that this action is assigned to the Honorable Ronald M. Whyte. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet site at www.adr.cand.uscourts.gov. A limited number of printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

## CASE SCHEDULE -ADR MULTI-OPTION PROGRAM

| Date | Event | Governing Rule |
|---|---|---|
| 1/2/2008 | Complaint filed | |
| 4/11/2008 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 4/25/2008 | *Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R. 16-9 |
| 5/2/2008 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 6, 4th Floor, SJ at 10:30 AM | Civil L.R. 16-10 |

* If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.