1  THAO NGOC NGUYEN
2  2150 MONTEREY ROAD, #43
3  SAN JOSE, CA 95112
4  (408) 924-0807
5  PLAINTIFF

FILED

2008 JAN -9  A 9:57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

C/RMW

8
9        UNITED STATES DISTRICT COURT
10       NORTHERN DISTRICT OF CALIFORNIA

11
12  THAO NGOC NGUYEN          No. C08-00002 RMW(RS)
         Plaintiff(s),
13                           **DECLINATION TO PROCEED BEFORE**
                             **A MAGISTRATE JUDGE**
14  CITY OF SAN JOSE and              **AND**
                             **REQUEST FOR REASSIGNMENT TO A**
15  COUNTY OF SANTA CLARA    **UNITED STATES DISTRICT JUDGE**
         Defendant(s).
16  _____/

17       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18       The undersigned party hereby declines to consent to the assignment of this case to a United
19  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20  a United States District Judge.
21
22  Dated: 01/09/2008              Signature  Than
23                                 Counsel for  Pro Se
24                                 (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28