1  THAO NGOC NGUYEN
2  2150 MONTEREY ROAD, # 43
3  SAN JOSE, CA 95112
4  (408) 924-0807
5  PLAINTIFF

FILED

2008 JAN -9 A 9:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THAO NGOC NGUYEN,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF SAN JOSE and<br><br>COUNTY OF SANTA CLARA,<br><br>             Defendants. | Case No.: C08-00002 RMW(RS)<br><br>Correcting "asking the court to pay attention" (In the Document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION |

Correcting "asking the court to pay attention" (In the Document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION

① My name is Thao Ngoc Nguyen.
My address: 2150 Monterey Road, #43, San Jose, CA 95112.
My telephone number: (408) 924-0807.

② I initially filed my case in United States District Court Clerk's office at San Jose division, on January 2nd, 2008, at 10:34 AM. My case number is C08-00002 RMW(RS). The cause of action is unconstitutionality of federal statutes.

Correcting "asking the court to pay attention" into ASKING THE COURT TO PAY ATTENTION

- 1 -

I request for temporary protective orders and a hearing date for orders (which are the same as temporary protective orders and last longer than temporary protective orders. I filed the document ASKING THE COURT TO PAY ATTENTION in United States District Court Clerk's office at San Jose division, on January 7th, 2008, at 09:35 AM.

(3) I file this document to correct "asking the court to pay attention" (in the document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION.

(4) By filing this document, I correct "asking the court to pay attention" (in the document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION.

(5) This document has two of pages.

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct.

01/09/2008

Thao

Thao Ngoc Nguyen

Correcting "asking the court to pay attention" into ASKING THE COURT TO PAY ATTENTION

- 2 -