```
THAO NGOC NGUYEN
2150 MONTEREY ROAD, # 43
SAN JOSE, CA 95112
(408) 924-0807
PLAINTIFF
```

FILED

2008 JAN -9 A 9:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THAO NGOC NGUYEN, <br><br>  Plaintiff, <br><br> vs. <br><br> CITY OF SAN JOSE and <br><br> COUNTY OF SANTA CLARA, <br><br>  Defendants. | Case No.: C08-00002 RMW(RS) <br><br> Correcting "asking the court to pay attention" (In the Document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION |

Correcting "asking the court to pay attention" (In the Document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION

① My name is Thao Ngoc Nguyen. My address: 2150 Monterey Road, #43, San Jose, CA 95112. My telephone number: (408) 924-0807.

② I initially filed my case in United States District Court Clerk's office at San Jose division, on January 2nd, 2008, at 10:34 AM. My case number is C08-00002 RMW(RS). The cause of action is unconstitutionality of federal statutes.

Correcting "asking the court to pay attention" into ASKING THE COURT TO PAY ATTENTION

- 1 -

I request for temporary protective orders and a hearing date for orders (which are the same as temporary protective orders and last longer than temporary protective orders. I filed the document ASKING THE COURT TO PAY ATTENTION in United States District Court Clerk's office at San Jose division, on January 7th, 2008, at 09:35 AM.

③ I file this document to correct "asking the court to pay attention" (in the document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION.

④ By filing this document, I correct "asking the court to pay attention" (in the document ASKING THE COURT TO PAY ATTENTION) into ASKING THE COURT TO PAY ATTENTION.

⑤ This document has two of pages.

I declare under penalty of perjury under the laws of the United States of America that the information above is true and correct.

01/09/2008

Thao

Thao Ngoc Nguyen

Correcting "asking the court to pay attention" into ASKING THE COURT TO PAY ATTENTION