NOTICE OF REQUEST FOR IMMEDIATE VACATION OF ORDER (ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDERS) OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND FOR TEMPORARY PROTECTIVE ORDERS (PROTECTION AGAINST CRIME), TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

I. My case is a request for temporary protective orders (protection against crime).

My case is a request for temporary protective orders (protection against crime), it is not a complaint, a case to sue City of San Jose, to sue County of Santa Clara.

My name is Thao Ngoc Nguyen. I am the person who requests the United States District Court, Northern District of California, to make immediately temporary protective orders (protection against crime). Besides me, my younger brother Joseph Hai Ngoc Nguyen is the person who needs protection (I request protection against crime for my younger brother). I am self-represented. I demand for jury hearing.

Case No.: C-08-00002 RMW

II. Notice of request for immediate vacation of order (ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDERS) of the United States District Court, Northern District of California, and for temporary protective orders (protection against crime), to the United States Court of Appeals for the Ninth Circuit:

My name is Thao Ngoc Nguyen. I am the person who requests the United States District Court, Northern District of California, to make immediately temporary protective orders (protection against crime) (besides me, my younger brother

NOTICE OF REQUEST TO THE UNITED STATES COURT

OF APPEALS FOR THE NINTH CIRCUIT

- 1 -

1  Joseph Hai Ngoc Nguyen is the person who needs protection (I
2  request protection against crime for my younger brother)). I
3  hereby notice the United States Court of Appeals for the Ninth
4  Circuit that I hereby request the United States Court of Appeals
5  for the Ninth Circuit to vacate immediately order (ORDER DENYING
6  APPLICATION FOR TEMPORARY RESTRAINING ORDERS) of the United
7  States District Court, Northern District of California (ORDER
8  DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDERS was signed
9  on January Eighth, 2008, by the assigned district judge; case
10 number: 5:08-cv-2; document number: 3), and to make immediately
11 temporary protective orders (protection against crime) which
12 protect my younger brother and me from the crime, that I hereby
13 demand for judges of the United States Court of Appeals for the
14 Ninth Circuit not to decide my case before I file request for
15 immediate vacation of order (ORDER DENYING APPLICATION FOR
16 TEMPORARY RESTRAINING ORDERS) of the United States District
17 Court, Northern District of California, and for temporary
18 protective orders (protection against crime), that I hereby
19 demand for judges of the United States Court of Appeals for the
20 Ninth Circuit to read the record and the documents, which I will
21 file in the United States Court of Appeals for the Ninth
22 Circuit.
23 III. This notice has two of pages.
24    02/07/2008
25    /Thao/
26    Thao Ngoc Nguyen
27
28

NOTICE OF REQUEST TO THE UNITED STATES COURT

OF APPEALS FOR THE NINTH CIRCUIT

- 2 -