**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 7, 2008

Thao Ngoc Nguyen
2150 Monterey Road, #43
San Jose, California 95112

SUBJECT:   Request for Payment of Docket Fee

**Title: THAO NGOC NGUYEN -v- CITY OF SAN JOSE, ET AL.**
**Case Number:      CV 08-00002 RMW**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on February 7, 2008 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

**RICHARD W. WIEKING, Clerk**

by:   **/s/ D.  Miyashiro**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**