UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 2, 2008

Case No. C-08-00002-RMW        JUDGE: Ronald M. Whyte

THAO NGOC NGUYEN        -V- CITY OF SAN JOSE, et al.
Title

No Appearance                          No Appearance
Attorneys Present                     Attorneys Present

COURT CLERK: Jackie Garcia           COURT REPORTER: Jana Ridenour

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Not Held.  No appearance by plaintiff.  Defendants have not been served.  The Court to issue a order to show cause for failure to diligently prosecute the case and failure to appear at the CMC.