IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THAO NGOC NGUYEN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | *E-FILED - 5/2/08*<br><br>CASE NO.: C-08-00002-RMW<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

This matter came on regularly for a Case Management Conference on May 2, 2008.  Plaintiff failed to appear.  Therefore,

IT IS HEREBY ORDERED that plaintiff appear on **May 23, 2008 @ 9:00 a.m.** in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the Case Management Conference and for failure to diligently prosecute the case.  IF PLAINTIFF FAILS TO SHOW GOOD REASON FOR THE FAILURE TO APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: May 2, 2008

                                                                   *Ronald M Whyte*

                                                          RONALD M. WHYTE<br>
                                                          United States District Judge

1
2 | Copy of Order Mailed on 5/2/08 to:
3 | **Thao Ngoc Nguyen**
4 | 2150 Monterey Road, #43
San Jose, CA 95112
5
      *Pro Se Plaintiff*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER TO SHOW CAUSE
CASE NO.: C-08-00002 RMW