UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 23, 2008

Case No. C-08-00002-RMW        JUDGE: Ronald M. Whyte

THAO NGOC NGUYEN        -V- CITY OF SAN JOSE, et al.
Title

No Appearance                          No Appearance
Attorneys Present (Plaintiff)          Attorneys Present  (Defendant)

COURT CLERK: Jackie Garcia           COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

ORDER TO SHOW CAUSE RE: DISMISSAL

ORDER AFTER HEARING

Hearing Not Held.  No appearance from plaintiff.  The Court to dismiss case for failure to prosecute case and failure to appear.  The Court to issue an order of dismissal.