IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THAO NGOC NGUYEN,

    Plaintiff,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.

***E-FILED - 5/27/08***

CASE NO.: C-08-00002-RMW

ORDER OF DISMISSAL

On My 2, 2008, the court issued its order requiring plaintiff to show cause on May 23, 2008 why this case should not be dismissed for failure to prosecute. Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: May 27, 2008

_____
RONALD M. WHYTE
United States District Judge

ORDER OF DISMISSAL
NO. C-08-00002 RMW

1

1
2  Copy of Order E-Filed and Mailed on **5/27/08** to:
3  **Thao Ngoc Nguyen**
4  2150 Monterey Road
   #43
5  San Jose, CA 95112
6       *Pro Se Plaintiff*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

ORDER OF DISMISSAL
NO. C-08-00002 RMW