IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THAO NGOC NGUYEN,

    Plaintiff,

    v.

CITY OF SAN JOSE, et al.,

    Defendants.

***E-FILED - 5/27/08***

CASE NO.: C-08-00002-RMW

JUDGMENT OF DISMISSAL

IT IS HEREBY ORDERED that case is dismissed without prejudice for failure to diligently prosecute.

DATED: May 27, 2008

                                            */s/ Ronald M. Whyte*
                                            RONALD M. WHYTE
                                            United States District Judge

1
2  Copy of Order E-Filed and Mailed on 5/27/08 to:
3  **Thao Ngoc Nguyen**
4  2150 Monterey Road
   #43
5  San Jose, CA 95112
6          *Pro Se Plaintiff*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

JUDGMENT OF DISMISSAL
NO. C08-00002 RMW