**FILED**

UNITED STATES COURT OF APPEALS

JUL 17 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| THAO NGOC NGUYEN, | No. 08-15311 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-08-00002-RMW |
| v. | Northern District of California, San Jose |
| CITY OF SAN JOSE; et al., | ORDER |
| Defendants - Appellees. | |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the appeal is moot. *See Planned Parenthood of Central and Northern Arizona v. State of Arizona*, 718 F.2d 938, 949 (9th Cir. 1983) (district court's entry of a final judgment renders pending appeal from preliminary injunction moot). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

MF/Pro Se