**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

July 30, 2008

CASE NUMBER:   **CV 08-00002 RMW**
CASE TITLE:    **THAO NGOC NGUYEN-v- CITY OF SAN JOSE, ET AL.**
DATE MANDATE FILED:   7/25/2008

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      by: /s/ Diane Miyashiro
      Case Systems Administrator

Distribution:   CIVIL        -   Counsel of Record

              CRIMINAL     -   Counsel of Record
                                 U.S. Marshal (Copy of Mandate)
                                 U.S. Probation Office

NDC App-16